No. 88, Misc. EX PARTE WATKINS. January 6, 1947. The motion for leave to file petition for certiorari is denied.

No. 626. MARKHAM, ALIEN PROPERTY CUSTODIAN, *v.* ALLEN ET AL. January 6, 1947. Clark, Attorney General, as successor to the Alien Property Custodian, substituted as the party petitioner herein.

No. 44, Misc. WRIGHT *v.* JOHNSTON, WARDEN. See *post,* p. 803.

No. 397. CLARKE *v.* SANFORD, WARDEN. January 6, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit dismissed on motion of the petitioner. Petitioner *pro se. Solicitor General McGrath, Robert S. Erdahl* and *Sheldon E. Bernstein* for respondent.

No. 50, Misc. CLARKE *v.* SANFORD, WARDEN. January 6, 1947. Leave granted to withdraw the motion for leave to file petition for writ of habeas corpus on motion of the petitioner.

No. 334. FOWLER *v.* GILL, GENERAL SUPERINTENDENT. See *post,* 832.

No. 90, Misc. EX PARTE BAILEY. January 13, 1947. The motion for leave to file petition for writ of habeas corpus is denied.